In the Matter of LUCIAN J. CIRESI, Appellant, against WALTER C. NEWCOMB, as District Attorney of Erie County, Respondent.

(Argued November 19, 1935; decided December 3, 1935.)

*Walter F. Hofheins* and *Jacob Tick* for appellant.

*Kevin Killeen* for respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.